Date:   12/07/09

# DIVIDENDS REMITTED TO THE COURT

Check Number 108 Dated 12/07/09

Case Number 08-34278 - PORATH, AMY LISETTE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **AMERICAN INFOSOURCE LP AS AGENT FOR** | **000004** | **115.32** | **0.81** |
| **T MOBILE/T-MOBILE USA INC** | | | |
| **PO Box 248848** | | | |
| **Oklahoma City, OK 73124-8848** | | | |
| FINAL DISTRIBUTION | | | |
| 0135 | | | |

---------- Remittance Total ----------

|  |  | 115.32 | 0.81 |

John A. Hedback, Trustee

Printed: 12/07/09 11:40 AM     Ver: 15.02